# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**DONALD ROBINSON**                                                               **PLAINTIFF**

**V.**                                               **CIVIL ACTION NO: 4:07CV114 LRA**

**JOHNNY CROCKETT, et al**                                             **DEFENDANTS**

---

## **FINAL JUDGMENT**

In accordance with Rule 58 of the Federal Rules of Civil Procedure and in accordance with the [31] Memorandum Opinion and Order entered by this Court on September 25, 2009, this cause is hereby finally dismissed with prejudice. Final judgment is entered in favor of all of the Defendants.

IT IS, THEREFORE, HEREBY ORDERED that the Complaint is dismissed with prejudice and Final Judgment is entered in favor of all Defendants.

SO ORDERED THIS the 9th day of November 2009.

                                                     S/Linda R. Anderson

                                               UNITED STATES MAGISTRATE JUDGE